# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **ALICIA ALLEN, et al.,** : | |
| : | |
| **Plaintiffs** : | |
| : | |
| v. : | **5:03-CV-258 (WDO)** |
| : | |
| **THE BOARD OF PUBLIC EDUCATION** : | |
| **FOR BIBB COUNTY,** : | |
| : | |
| **Defendant** : | |

## ORDER

Plaintiffs' motion to file a sur-reply brief so that they may respond to Defendant's argument regarding excluding the Plaintiffs' Declarations is GRANTED. The sur-reply brief shall be limited to five (5) pages and to the issue involving the Declarations.

**SO ORDERED this 5th day of January, 2006.**

       **S/Wilbur D. Owens, Jr.**
       **WILBUR D. OWENS, JR.**
       **UNITED STATES DISTRICT JUDGE**